**United States Bankruptcy Court**
**Central District Of California**

In re:
Gerardo Garcia Bernal

CHAPTER NO.: 13

CASE NO.: 2:11−bk−62535

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

You must cure the following within 14 days from filing of your petition:

- ☑ Statement of Related Cases required by Local Bankruptcy Rule 1015−2
- ☑ Notice of Available Chapters signed by Debtor(s). [11 U.S.C. § 342(b); Court Manual, section 2−1]
- ☑ Statement Regarding Assistance of Non−Attorney with Respect to the Filing of Bankruptcy Case. [Court Manual, section 2−1]
- ☑ Summary of Schedules (Official Form B6). [Court Manual, section 2−1]
- ☑ Signed Declaration Concerning Debtor's Schedules (Official Form B6). [Court Manual, section 2−1]
- ☑ Certificate of Credit Counseling as required by § 521(b)(1), § 109(h)(1), and F.R.B.P. 1007(b)(3), or a Certification of Exigent Circumstances under § 109(h)(3), or a request for determination by the court under § 109(h)(4)
- ☑ Statistical Summary of Certain Liabilities
- ☑ Debtor's Certification of Employment Income pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002−1(c) and 5005−2, and Court Manual, section 2−1(a)(7).

    Chapter 13    Original only

**Please return the original or copy of this form with all required items to the following location:**

    255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below−referenced Deputy Clerk:

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: December 29, 2011

**By: Ji Yun Kim**
**Deputy Clerk**

ccdn − Revised 12/2010    **1 / JYK**